*United States of America,*
*v.*
*William Franklin Beasley*

5:24-cr-289-M-KS-14 (USDC EDNC)

Memorandum of Law in Support of Appeal of Magistrate Judge's Order of Detention Pending Trial

# EXHIBIT 1
# Security Camera Footage
(to be submitted manually and under seal)