IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00289-M-14

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| WILLIAM FRANKLIN BEASLEY, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the Defendant's Appeal of Magistrate Judge's Order of Detention Pending Trial pursuant to 18 U.S.C. § 3145(b) [DE 227], Motion for Leave to Submit Manual Filing [DE 229], and Motion for Leave to File Under Seal [DE 230].

For good cause shown, the motion for leave to manually file Defense Exhibits 1-3 is GRANTED. Also, pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed exhibits, the motion to seal is GRANTED. The Clerk of the Court shall maintain under seal Defense Exhibits 1-3 until further order of the court.

Finally, the court will hear Defendant's appeal on Monday, October 28, 2024, at 2:00 p.m. in Courtroom 1, Alton Lennon Federal Courthouse, Wilmington.

SO ORDERED this 24th day of October, 2024.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE