IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-cr-289-M-KS-14

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM FRANKLIN BEASLEY,<br><br>Defendant. | **DEFENDANT BEASLEY'S<br>MOTION TO SEVER** |

Pursuant to Rule 8 and 14, Defendant Beasley respectfully requests that the Court sever his case from his Co-Defendants for the following reasons. First, Mr. Beasley's case should be severed in its entirety because continued joinder is unduly prejudicial to his right to a speedy trial. Second, Mr. Beasley should be severed from the Defendants specifically named in Counts One, Two, Three, and Eight because (a) these Defendants were improperly joined, and (b) because continued joinder would result in undue prejudiced to his right to a fair trial. Accordingly, Mr. Beasley should be allowed to individually and immediately proceed to trial on Counts Six and Seven—the lone charges he faces.

This the 16th day of December, 2024.

/s/ Michael A. Goldsticker

Michael A. Goldsticker
NC State Bar No. 57617
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
P.O. Box 389 (Raleigh, NC 27602-0389)
Raleigh, North Carolina 27601
Phone: (919) 828-0564 | Fax: (919) 834-4564
Email: michaelgoldsticker@parkerpoe.com

*CJA Appointed Counsel for Defendant*
*William Franklin Beasley*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System which will automatically send notice of the same addressed to the following counsel of record:

Kelly L. Sandling
Robert J. Dodson
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Email:          kelly.sandling@usdoj.gov
                    robert.dodson@usdoj.gov

Alyssa Levey-Weinstein
DOJ-Crm
1301 New York Ave NW, Ste 700
Washington, DC 20005
Email:          alyssa.levey-weinstein@usdoj.gov

This the 16th day of December, 2024.

/s/ Michael A. Goldsticker

Michael A. Goldsticker
NC State Bar No. 57617
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
P.O. Box 389 (Raleigh, NC 27602-0389)
Raleigh, North Carolina 27601
Phone: (919) 828-0564
Email: michaelgoldsticker@parkerpoe.com

*CJA Appointed Counsel for Defendant*
*William Franklin Beasley*