IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00289-M-14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| WILLIAM FRANKLIN BEASLEY, | ) | |
| | ) | |
| Defendant. | ) | |

These matters come before the court on the Defendant's Motions for Leave to File Under Seal [DE 276, 284] and the United States' Motion to Seal [DE 281]. Pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed documents, the motions to seal are GRANTED. The Clerk of the Court shall maintain under seal the documents filed at DE 275, 280, and 283 until further order of the court.

SO ORDERED this 3d day of January, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE