IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-00289-M-14

**United States of America**,

v.

**William Franklin Beasley**,

        Defendant.

**Order**

      Defendant William Beasley filed a Notice indicating he would seek redactions in the Transcript of his October 2024 detention hearing. Notice, D.E. 289; Hr'g Tr., D.E. 288.

      The court construes the Notice as Motion for Additional Redactions to the Transcript.[1] The No later than Wednesday, March 5, 2025, the Defendant shall file a supporting memorandum explaining why redaction of the information is appropriate. The Government may file a response to the Defendant's supporting memorandum within 7 days of its filing.

Dated: February 26, 2025.

                                                  _/s/ Robert T. Numbers II_
                                                ROBERT T. NUMBERS, II
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The redactions sought are not personal data identifiers for which the applicable rules require redaction.