IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cr-00289-M-KS-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM FRANKLIN BEASLEY,

    Defendant.

ORDER

This matter comes before the court on Defendant William Franklin Beasley's Motion for Additional Redactions. DE 309. Defendant seeks to redact his private health information and the names of victims and witnesses from the October 28, 2025 detention hearing transcript entered at DE 290. The United States does not object. Defendant's proposed redactions are listed at DE 312-1 and DE 313.

For good cause shown, the motion is GRANTED. The Clerk of the Court shall maintain the document at DE 290 under seal until further order of the court and prepare a redacted transcript as requested by Defendant for the public case docket.

SO ORDERED this 7th day of March, 2025.

RICHARD E. MYERS II
Chief United States District Judge