IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-00289-M-14

**United States of America**,

v.

**William Franklin Beasley**,

Defendant.

**Order**

This matter comes before the court on Defendant William Beasley's motion for redactions. D.E. 310. Beasley seeks to redact his private health information as well as the names of victims or witnesses from an October 2024 transcript of his detention hearing. *See* D.E. 288. His proposed redactions are set forth in the filings at D.E. 315-1 and 316. The government has filed no objection to the redactions.

The court grants the motion for redactions (D.E. 310). The Clerk of the Court shall maintain the October 2024 detention hearing transcript (D.E. 288) under seal until further order of the court. The Clerk shall also file a redacted transcript, incorporating Beasley's requested redactions, for the public case docket.

Dated: March 12, 2025.

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE