IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-289-M-KS-14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM FRANKLIN BEASLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's unopposed Motion to Amend Conditions of Pretrial Release. DE 406. For good cause shown, the motion is GRANTED. The terms of Defendant's pretrial release are amended to allow Defendant to access his full residential property, including the yard area and outbuildings located thereon, without prior permission of the Probation Office. All remaining terms of Defendant pretrial release remain in full force and effect.

SO ORDERED this 24th day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE