IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No.: 5:24-CR-00289-M-KS-14

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM FRANKLIN BEASLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's Consent Motion to Amend Conditions of Pretrial Release [DE 455]. For good cause shown, the motion is GRANTED. The terms of Defendant's pretrial release are amended to allow Defendant to travel outside of the Eastern District of North Carolina solely for the purpose of receiving medical care and treatment. Defendant shall provide advance notice of any such out-of-district travel to his Probation Officer. All other terms of Defendant's pretrial release remain in full force and effect.

SO ORDERED this 14th day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE